UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN JON WILCOX,

      Plaintiff,                                   Case No. 1:14-cv-535

v.                                                  HON. ROBERT HOLMES BELL

AMANDA MARIE TERPENING et al.,

      Defendants.
_____/

## O R D E R

On January 8, 2016, United States Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) (ECF No. 36) recommending that this matter be dismissed pursuant to Federal Rule of Civil Procedure 41(b) and Local Civil Rule 41.1 for want of prosecution and failure to comply with the rules and orders of this Court. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's January 8, 2016, R&R (ECF No. 36) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Civil Rule 41.1 for want of prosecution and failure to comply with the rules and orders of this Court.

A judgment will enter consistent with this Order.

Dated: February 14, 2016                            /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                             UNITED STATES DISTRICT JUDGE